Kindra McCAMMON *v.* STATE of Arkansas

94-644                                                877 S.W.2d 935

Supreme Court of Arkansas
Opinion delivered July 5, 1994

*DeLoss McKnight*, for appellant.

No response.

PER CURIAM. Appellant, Kindra McCammon, by her attorney, DeLoss McKnight, has filed a motion for rule on the clerk. Her attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a juvenile delinquent, is good cause to grant the motion.

*See Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.